# United States Bankruptcy Court

_____ District Of _____

In re    _____
             Debtor

                                                                    Case No. _____

                                                                    Chapter _____

### SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

    A petition under title 11, United States Code was filed against you on _____
                                                                                                                  (date)
in this bankruptcy court, requesting an order for relief under chapter _____ of the Bankruptcy Code
(title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 20 days after the service of this summons.  A copy of the petition is attached.

[ ]

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

[ ]

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                           _____
                                                  Clerk of the Bankruptcy Court

                                        By:_____
_____
    Date                                                           Deputy Clerk

_____

*Set forth all names, including trade names, used by the debtor within the last 6 years. (Fed. R .Bankr. P. 1005).

Case No._____

# CERTIFICATE OF SERVICE

I
of**
certify:

      That I am, and at all times hereinafter mentioned was more than 18 years of age;
      That on the                              day of                                              ,
I served a copy of the within summons, together with the petition filed in this case, on



the debtor in this case, by *[describe here the mode of service]*



the said debtor at




I certify under penalty of perjury that the foregoing is true and correct.


Executed on _____    _____
                         *[Date]*                                                   *[Signature]*

_____
**State mailing address.