### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
### 219 SOUTH DEARBORN ST. CHICAGO, IL 60604

IN RE:                          )

                              ) Bankruptcy No. 06-00459

CF GRAPHICS, INC.,            ) Chapter 7

                              ) Judge Manuel Barbosa

        Debtor.                )

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING
### ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
### ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1.       NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

       At: 100 S. 3rd St., Room 250, Geneva, IL  60134

       On:     March 24, 2011     Time: 10:00 AM

2.       The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.       The trustee's Final Report shows total:

       Receipts                               $      54,245.75

       Disbursements                    $      24.00

       Net Cash Available for Distribution   $      54,221.75

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Roy Safanda, Trustee | $ 0.00 | $ 5,962.09 | $  390.00 |
| Roy Safanda, Attn'y | $ 0.00 | $ 0.00 | $ 0.00 |
| Heller, et al – Spcl Attn'y | $ 0.00 | $38,604.58 | $ 9,265.08 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| None | $ | $ | $ |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $_____0_____, must be paid in full for there to be any dividend to general unsecured creditors.   The priority dividend is anticipated to be _0_____%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| None | | $ | $ |

7.  Claims of general unsecured creditors totaling $ 215,498.06     have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 0%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 4 | Diamond Web printing | $ 212,298.06 | 0.00 |
| 5 | GH Printing | $1,900.00 | 0.00 |
| 6 | Digital Graphic Solutions | $ 1,300.00 | 0.00 |

8.   Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, .ilnb.uscourts.gov.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.   Debtor has not been discharged.

11.   The Trustee proposed to abandon the following property at the hearing:  None

Dated:  _____          For the Court,


By:  _____
        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn Street, 7th Floor
        Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cgreen           Page 1 of 1            Date Rcvd: Feb 16, 2011
Case: 06-00459                Form ID: pdf006        Total Noticed: 12


The following entities were noticed by first class mail on Feb 18, 2011.
db          +CF Graphics, Inc.,   608 Pine St,   Sugar Grove, IL 60554-9342
aty         +Carl F Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
aty         +Deborah Weisler Fallis,   1118 Fourth Street,   New Orleans, LA 70130-5623
aty         +Deborah Weisler Fallis,   Heller, Draper, Hayden, Patrick, etal,   650 Poydras Street,
              Suite 2500,   New Orleans, LA 70130-6175
aty         +Kent A Gaertner,   Springer, Brown, Covey, Gaertner & Davis,   400 S. County Farm Rd., Suite 330,
              Wheaton, IL 60187-4547
tr          +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
10910211    +Diamond Web Printing LLC,   2820 Hitchcock St,   Downers Grove, IL 60515-4041
11195565    +Diamond Web Printing, LLC,   c/o Gregg Herlin,   5207 Walnut Ave.,   Downers Grove, IL 60515-4025
11195564    +Digital Graphic Solutions, Inc.,   c/o Paul Bachner,   6611 Barrett St.,
              Downers Grove, IL 60516-2725
10910212    +Digitel Graphics Solutions Inc,   c/o Paul Bqchner,   6611 Barrett St,
              Downers Grove, IL 60516-2725
10910213    +GH Printing Co Inc,   5207 Walnut Ave,   Downers Grove, IL 60515-4025
11195566    +GH Printing Co., Inc.,   c/o Gregg Herlin,   5207 Walnut Ave,   Downers Grove, IL 60515-4025

The following entities were noticed by electronic transmission.
NONE.                                                                         TOTAL: 0


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
                                                                      TOTALS: 0, * 1, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 18, 2011**                  **Signature:** _Joseph Speetjens_