UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| CF GRAPHICS, INC. | § § § | Case No. 06-00459 |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Roy Safanda_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| INTER. SUR. | | | | | |
| HELLER DRAPER | | | | | |
| HELLER DRAPER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | DIAMOND WEB PRINTING, LLC | | | | | |
| 000006 | DIGITAL GRAPHIC SOLUTIONS, INC. | | | | | |
| 000005 | GH PRINTING CO., INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 06-00459 | MB | Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
| Case Name: | CF GRAPHICS, INC. | | | Date Filed (f) or Converted (c): | 01/19/06 (f) |
| | | | | 341(a) Meeting Date: | 11/20/06 |
| For Period Ending: | 05/10/11 | | | Claims Bar Date: | 05/14/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Fraud, Trans, (u) | 0.00 | 0.00 | | 54,020.44 | FA |
| 2. Interest (u) | Unknown | N/A | | 225.31 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $0.00 | | $54,245.75 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/01/09     Current Projected Date of Final Report (TFR): 01/01/09

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 06-00459 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | CF GRAPHICS, INC. | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******1052  Checking Account |
| Taxpayer ID No: | *******4164 | | | |
| For Period Ending: | 05/10/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 07/27/07 | 1 | Amer. Exp. | Fr. Trans. Settle | | 1141-000 | 1,700.00 | | 1,700.00 |
| 04/25/08 | 1 | Merc. Benz | Fr. Trans. Settle | | 1141-000 | 2,900.00 | | 4,600.00 |
| 06/25/08 | 1 | Capital One | Fr. Trans. Settle | | 1141-000 | 2,420.44 | | 7,020.44 |
| 11/07/08 | 1 | T. Foca | Fr. Trans. Settle | | 1141-000 | 17,000.00 | | 24,020.44 |
| 11/07/08 | | Old 2nd NB | Trans. to MM | | 9999-000 | | 22,000.00 | 2,020.44 |
| 02/10/10 | 001001 | Inter. Sur. | Bond Premium | | 2300-000 | | 24.00 | 1,996.44 |
| 01/14/11 | | Transfer from Acct #*******1052 | Bank Funds Transfer | | 9999-000 | 52,225.31 | | 54,221.75 |
| 03/28/11 | 001002 | Heller Draper | Attny Comp-Exp | | | | 47,869.66 | 6,352.09 |
| | | | Fees | 38,604.58 | 3210-000 | | | |
| | | | Expenses | 9,265.08 | 3220-000 | | | |
| 03/28/11 | 001003 | Roy Safanda | Trustee Exp. | | | | 6,352.09 | 0.00 |
| | | | Fees | 5,962.09 | 2100-000 | | | |
| | | | Expenses | 390.00 | 2200-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 76,245.75 | 76,245.75 | 0.00
| Less: Bank Transfers/CD's | 52,225.31 | 22,000.00 |
| Subtotal | 24,020.44 | 54,245.75 |
| Less: Payments to Debtors | | 0.00 |
| Net | 24,020.44 | 54,245.75 |

Page Subtotals    76,245.75    76,245.75

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-00459 -MB | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- |
| Case Name: | CF GRAPHICS, INC. | Bank Name: | Old Second National Bank |
| | | Account Number / CD #: | *******1052  Money Market Account |
| Taxpayer ID No: | *******4164 | Old Account #'s: | 1: *******1052    2: |
| For Period Ending: | 05/10/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/07/08 | | Old 2nd NB | Transfer from Checking | 9999-000 | 22,000.00 | | 22,000.00 |
| 11/30/08 | 2 | Old Second National Bank | Interest | 1270-000 | 3.18 | | 22,003.18 |
| 02/28/09 | 2 | Old Second National Bank | Interest | 1270-000 | 12.07 | | 22,015.25 |
| 05/31/09 | 2 | Old Second National Bank | Interest | 1270-000 | 12.07 | | 22,027.32 |
| 08/31/09 | 2 | Old Second National Bank | Interest | 1270-000 | 12.22 | | 22,039.54 |
| 11/30/09 | 2 | Old Second National Bank | Interest | 1270-000 | 12.08 | | 22,051.62 |
| 01/07/10 | 1 | T. FOCA | Settle | 1141-000 | 30,000.00 | | 52,051.62 |
| 02/28/10 | 2 | Old Second National Bank | Interest | 1270-000 | 34.72 | | 52,086.34 |
| 05/31/10 | 2 | Old Second National Bank | Interest | 1270-000 | 52.51 | | 52,138.85 |
| 08/31/10 | 2 | Old Second National Bank | Interest | 1270-000 | 47.43 | | 52,186.28 |
| 11/30/10 | 2 | Old Second National Bank | Interest | 1270-000 | 39.03 | | 52,225.31 |
| 01/14/11 | | Transfer to Acct #*******1052 | Bank Funds Transfer | 9999-000 | | 52,225.31 | 0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | 52,225.31 | 52,225.31 | 0.00 |
| Less:  Bank Transfers/CD's | 22,000.00 | 52,225.31 | |
| Subtotal | 30,225.31 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 30,225.31 | 0.00 | |

Page Subtotals    52,225.31    52,225.31

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-00459 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | CF GRAPHICS, INC. | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7145 Money Market Account |
| Taxpayer ID No: | *******4164 | | |
| For Period Ending: | 05/10/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals  0.00  0.00

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 06-00459 -MB |
| Case Name: | CF GRAPHICS, INC. |
| Taxpayer ID No: | *******4164 |
| For Period Ending: | 05/10/11 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7153  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1052 | 24,020.44 | 54,245.75 | 0.00 |
| Money Market Account - ********1052 | 30,225.31 | 0.00 | 0.00 |
| Money Market Account - ********7145 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********7153 | 0.00 | 0.00 | 0.00 |
| | 54,245.75 | 54,245.75 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*